IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:26-CR-017-H |
| MICHAEL DAVID BAUSINGER | |

### INFORMATION

The United States Attorney Charges:

Count One
False Statement to a Federal Agent
(Violation of 18 U.S.C. § 1001(a)(2))

On or about November 13, 2025, in the Abilene Division of the Northern District of Texas, and elsewhere, **Michael David Bausinger**, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States, by stating and representing to a special agent employed by the Department of Justice, Office of Inspector General, an agency within the Executive Branch of the Government of the United States, that he had not provided contraband to inmates of the Federal Prison Camp in Big Spring, Texas. The statements and representations were false because, as Michael David Bausinger then and there knew, he had provided contraband to inmates of Federal Prison Camp in Big Spring, Texas.

In violation of Title 18, United States Code, Section 1001(a)(2).

Michael David Bausinger
Information – Page 1

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Jennifer P. Schrauth*

JENNIFER P. SCHRAUTH
Assistant United States Attorney
Iowa State Bar No. AT0015322
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-mail:      jen.schrauth@usdoj.gov

Michael David Bausinger
Information – Page 2